IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

vs.                                                              5:04-CV-076-SPM

**GARY D. FISK; DOROTHY M. FISK;
ANGELA CARMICHAEL as Trustee
of an unnamed trust dated July 21,
1997; MICHELLE M. PIERCE f/k/a
MICHELLE DALTON; REGIONS
BANK d/b/a REGIONS MORTGAGE,**

    **Defendants.**

_____/

**ORDER STAYING DISCOVERY AND EXTENDING DEADLINES**

**THIS CAUSE** comes before the Court upon Plaintiff's "Unopposed Motion to Stay Discovery and Extend Deadlines" (doc. 52) filed April 28, 2005. Plaintiff requests that discovery be stayed and accompanied by a 60-day extension of time for all discovery deadlines. As grounds, Plaintiff states that a consent judgment is being finalized and reduced to writing and anticipates that this case could be resolved within that time frame. Additionally, counsel for Defendants has announced his intention to withdraw from the case; the extension will also provide time for Defendants to retain new counsel should the consent agreement

not be executed.  Defendants do not object to the granting of the motion.

For good cause shown, it is

**ORDERED AND ADJUDGED** as follows:

1. The motion (doc. 52) is hereby *granted*.

2. Discovery in this case is temporarily stayed until ***June 13, 2005***.

3. In the event the parties are not able to settle the case, all discovery shall be completed on or before ***June 30, 2005.***

4. All dispositive motions shall be filed on or before ***July 18, 2005***.

5. Mediation shall be completed on or before ***July 28, 2005***.

6. The mediation report shall be filed with the Court on or before ***August 11, 2005***.

7. Trial is set for the ***Monday, October 3, 2005*** docket.

**DONE AND ORDERED** this fourth day of May, 2005.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

/pao