IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

vs.                                       5:04-CV-076-SPM

**GARY D. FISK; DOROTHY M. FISK;
ANGELA CARMICHAEL as Trustee
of an unnamed trust dated July 21,
1997; MICHELLE M. PIERCE f/k/a
MICHELLE DALTON; REGIONS
BANK d/b/a REGIONS MORTGAGE,**

    **Defendants.**
_____/

**ORDER PERMITTING COUNSEL TO WITHDRAW**

**THIS CAUSE** comes before the Court upon the "Motion to Withdraw as Counsel for Defendant" (doc. 55) filed May 19, 2005.  Counsel states that in addition to the failure of his clients (Gary and Dorothy Fisk) to pay fees, other circumstances exist that necessitate his withdrawal from the case.  Counsel certifies that he has provided at least ten days' notice to all parties as required by Local Rule 11.1(F), and has provided the Court with his clients' address for service of future papers.

The Court finds that good cause exists to permit the withdrawal. Accordingly, it is

    **ORDERED AND ADJUDGED** as follows:

1. The motion to withdraw (doc. 55) is hereby *granted*.

2. On or before **June 24, 2005**, defendants Gary Fisk and Dorothy Fisk shall secure the filing of a notice of appearance by a new attorney or advise the Court in writing of their intent to proceed *pro se* in this case.

    **DONE AND ORDERED** this <u>thirty-first</u> day of May, 2005.

                  *s/ Stephan P. Mickle*
                    Stephan P. Mickle
                    United States District Judge

/pao