IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

vs.                                                            5:04-CV-076-SPM

**GARY D. FISK; DOROTHY M. FISK;
ANGELA CARMICHAEL as Trustee
of an unnamed trust dated July 21,
1997; MICHELLE M. PIERCE f/k/a
MICHELLE DALTON; REGIONS
BANK d/b/a REGIONS MORTGAGE,**

    **Defendants.**
_____/

**ORDER DISBURSING SALE PROCEEDS PURSUANT TO
AMENDED MOTION**

**THIS CAUSE** comes before the Court upon the "Government's Amended Motion for Disbursement of Sale Proceeds" (doc. 66) filed May 5, 2006, in which the Government clarifies the payment details set forth in the previous motion (doc. 64).

As noted in the first order distributing proceeds (doc. 65), the foreclosure sale netted $205,000. After deducting $1,397.25 for payment to IRS Property Appraisal and Liquidation Specialists, the remaining balance in the court registry is $203,602.75, exclusive of interest earned. The Government now requests that

the Court order such funds to be disbursed from the registry according to the following calculations:

| | |
|---:|:---|
| Regions Bank | **$10,220.07** |
| Dorothy Fisk | **$69,345.61** |
| Gary Fisk | **$0.00** |
| United States Internal Revenue Service | **$124,037.07** |
| United States Internal Revenue Service | **interest accrued in registry at underpayment rate** |

The Court has made a cursory review of the amounts listed by the Government and finds them to be accurate.  No objections have been received by Defendants.  Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The amended motion for disbursement (doc. 66) is hereby *granted*.

2. The clerk is directed to disburse the sums set forth in the disbursement schedule, set out above and on page 6 of doc. 66, to the individuals named therein and mail such disbursement checks to the last-known address of each.

3. The disbursement check to the United States shall be made payable to the United States Treasury and mailed to Bruce Russell, Trial Attorney, Tax Division, United States Department of Justice, PO Box 14198, Ben Franklin Station, Washington, DC 20044.

4. Upon receipt of the check, the Tax Division of the Department of

Justice shall properly allocate the funds to the respective tax debts of Defendants Dorothy and Gary Fisk.

**DONE AND ORDERED** this <u>seventeenth</u> day of May, 2006.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge